UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:01CR314 CDP |
| JIMMIE YARBROUGH, | ) | |
| Defendant. | ) | |

## ORDER

At the request of the U.S. Probation Office,

**IT IS HEREBY ORDERED** that the Warrant for Offender Under Supervision which was issued on September 15, 2008, and the revocation proceedings in this case be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the defendant be released from the custody of the U.S. Marshal Service effective immediately.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of October, 2008.